MOSAIC TILE CO. v. JOSEPH S. MILLER CO. Appeal of GORMAN et al. (Circuit Court of Appeals, Third Circuit. October 12, 1916.) No. 2131. Appeal from the District Court of the United States for the Eastern District of Pennsylvania; J. Whitaker Thompson, Judge. John F. Gorman, of Philadelphia, Pa., for appellant. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. The only matter before us is the correctness of Judge Thompson's action in granting the restraining order of April 10, 1916; and, as we see no error in what was done, the order is now affirmed. But this is without prejudice to the right of either of the appellants to apply to the District Court for such other relief as may seem appropriate.

---

NEVADA NORTHERN RY. CO. v. HOUSTON. (Circuit Court of Appeals, Ninth Circuit. October 2, 1916.) No. 2826. In Error to the District Court of the United States for the District of Nevada. Chandler & Quayle, of Ely, Nev., and Curtis H. Lindley, of San Francisco, Cal., for plaintiff in error. Dixon & Miller, of Reno, Nev., for defendant in error.

PER CURIAM. This cause came on to be heard on the transcript of record from the District Court of the United States for the District of Nevada, and upon the oral motion of counsel for the plaintiff in error to dismiss the writ of error herein, and was duly submitted. On consideration whereof, it is now here ordered and adjudged by this court that the writ of error in this cause be and hereby is dismissed, with costs in favor of the defendant in error and against the plaintiff in error. It is further ordered and adjudged by this court that the defendant in error recover against the plaintiff in error for his costs herein expended and have execution therefor.